**Frederick GREEN, Plaintiff—Appellant,**

v.

**Jonathan E. OZMINT, Director of SCDC; George Hagan, Warden of Allendale Correctional Institution; Laverne Cohen, Associate Warden of Special Management Unit (SMU); Ann Hallman, Institutional Grievance Coordinator at Allendale Correctional Institution; Samuel Kearse, Lieutenant and SMU Supervisor at Allendale Correctional Institution; Other Unknown Agency Officials, Defendants—Appellees.**

No. 05–6648.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 31, 2005.

Decided: Nov. 29, 2005.

Frederick Green, Appellant Pro Se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frederick Green seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and denying his motion for a temporary restraining order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Green seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Office of Pers. Mgmt. v. Am. Fed'n of Gov't Employees*, 473 U.S. 1301, 1303–04, 105 S.Ct.

3467, 87 L.Ed.2d 603 (1985); *Drudge v. McKernon,* 482 F.2d 1375, 1376 (4th Cir. 1973). Accordingly, we deny Green's motion to expedite the appeal, and we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*